UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE T. HENDERSON, et al.,  ) | |
| ) | |
| Plaintiffs,  ) | Case No.  2:13-cv-00774-JCM-CWH |
| ) | |
| vs.  ) | **ORDER** |
| ) | |
| WALMART STORES, INC.  ) | |
| ) | |
| Defendant.  ) | |

This matter is before the Court on Plaintiff's Counsel's Response to Order to Show Cause (#21), filed June 14, 2013. On June 11, 2013, the Court entered an order striking the parties competing proposed discovery plans. (#13). Based on the record before it, the Court also ordered Plaintiff's counsel to show cause why he should not be sanctioned. The Court has reviewed Plaintiff's counsel's timely written response to the order to show cause. The Court appreciates counsel's candor and agrees that the failure to submit a compliant proposed discovery plan and scheduling order was the result of a lack of communication between both parties. Consequently, the Court declines to enter sanctions.

**IT IS SO ORDERED**.

DATED: June 17, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**